1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700




CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:13 - SW - 613   KJN

IN THE MATTER OF THE           )
APPLICATION OF THE UNITED STATES )
OF AMERICA FOR SEARCH WARRANTS )
CONCERNING:                    )
                               )   **SEALING ORDER**
                               )
12035 Puffball Court,          )
Smartsville, CA  95977         )   **UNDER SEAL**
                               )
11935 Hutto Road,              )
Smartsville, CA  95977         )
                               )
                               )
                               )
                               )

       Upon application of the United States of America and good cause having been shown,

       **IT IS HEREBY ORDERED** that the file in the above-captioned matters be, and are, hereby ordered sealed until further order of this Court.

DATED: September 20, 2013

_____
Hon. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE